IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SAMANTHA ADAMS on Behalf of Herself and All Others Similarly Situated, | ) ) ) | Collective Action |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CAUSE NO. 1:18-cv-1842 |
| USA HALLOWEEN PLANET, INC., TODD DENNING and TIM LEE, | ) ) ) | |
| Defendants. | ) | |

## COMPLAINT FOR DAMAGES

This is a proposed collective action brought on behalf of all former and current seasonal retail location managers of Defendants ("the Class") against Defendants, USA Halloween Planet, Inc. ("USA Fireworks"), Todd Denning and Tim Lee.

### I. Parties

1. Each member of the Class is or was a seasonal retail location manager of USA Fireworks at all times relevant to this action.

2. Plaintiff, Ms. Adams, is a resident of Morgan County, Indiana.

3. Defendant, USA Fireworks, is an incorporated business headquartered in Indianapolis, Indiana.

4. Mr. Lee is the President of USA Fireworks.

5. Mr. Lee is one of the managers of USA Fireworks.

6. Mr. Lee is at least partially responsible for determining how the seasonal retail location managers of USA Fireworks are paid.

7. Mr. Denning is the Vice-President of USA Fireworks.

8. Mr. Denning is one of the managers of USA Fireworks.

9. Mr. Denning is at least partially responsible for determining how the seasonal retail location managers of USA Fireworks are paid.

## II. Jurisdiction and Venue

10. This court has jurisdiction to hear this claim pursuant to 28 U.S.C. §1331, in that the claim arises under the laws of the United States. Specifically, Plaintiff and the Class bring this action to enforce their rights under the FLSA, as allowed by 29 U.S.C. §216.

11. Venue in the Southern District of Indiana, Indianapolis Division, is appropriate by virtue of Plaintiff's residence and Defendants doing business in this District.

## III.   Class Action Allegations

12. Plaintiff brings this case as a collective action pursuant to 29 U.S.C. §216(b) on behalf of a class consisting of all similarly situated persons who are or were employed as seasonal retail location managers of USA Fireworks.

13. The members of the Class were classified as independent contractors by USA Fireworks.

14. The members of the Class were to be paid a set amount or a percentage of sales if a certain level of sales were reached.

15. The members of the Class were required to hire people to help them in their retail locations and to pay these people out of their own money.

16. A large percentage of the members of the Class were not paid at least minimum wage for all hours worked because (a) the amount paid by Defendants was not

enough to pay at least $7.25 for each hour worked by the member of the Class and/or (b) after taking out monies to pay people to work at the location and other expenses necessary for working conditions, the member of the Class ended up with less than $7.25 for each hour worked.

17. The members of the Class were not paid any overtime premiums.

18. Defendants willfully failed to pay members of the Class at least minimum wages.

19. Defendants willfully failed to pay members of the Class overtime premiums.

20. Plaintiff knows of no difficulty that will be encountered in the management of this litigation that would preclude its maintenance as a collective action. The names, addresses, and relevant documentation of members of the Class should be in the business records of USA Fireworks. Notice may be provided to members of the Class or their personal representatives via first class mail using techniques and a form of notice similar to those customarily used in class actions.

### IV. Factual Allegations

21. Ms. Adams began employment with USA Fireworks as a seasonal retail location manager on June 14, 2017.

20. Ms. Adams was allegedly an independent contractor.

21. Defendants agreed to pay Ms. Adams $2,500.00 to manage a Martinsville, Indiana location of USA Fireworks

22. Alternatively, Defendants agreed to pay Ms. Adams a certain percentage of sales if the store reached a certain amount of sales.

23. Defendants only paid Ms. Adams $300.00.

24. Ms. Adams was required by Defendants to hire people to work at the location out of her own money.

25. Defendants willfully failed to pay Ms. Adams minimum wages.

26. Defendants willfully failed to pay Ms. Adams overtime premiums.

27. The temporary position of Ms. Adams ended on July 20, 2017.

**Count I - Collective Action**
**Failure to Properly Pay Minimum & Overtime Wages**
**Pursuant to the FLSA, 29 U.S.C. §201** *et. seq.*

28. Mr. Koch incorporates paragraphs 1 through 27 by reference herein.

29. Plaintiff and the members of the Class are or were employees of USA Fireworks.

30. Plaintiff and the members of the Class are or were employees of Defendants pursuant to the FLSA.

31. USA Fireworks is an employer pursuant to the FLSA.

32. Plaintiff and the members of the Class are covered employees pursuant to enterprise coverage under the FLSA.

33. USA Fireworks had gross revenues of at least $500,000.00 for the 2015 calendar year.

34. USA Fireworks had gross revenues of at least $500,000.00 for the 2016 calendar year.

35. USA Fireworks had gross revenues of at least $500,000.00 for the 2017 calendar year.

36. Mr. Lee is an employer pursuant to the FLSA.

37. Mr. Denning is an employer pursuant to the FLSA.

38. Plaintiff and the members of the Class have been damaged by Defendants' violations of the FLSA.

WHEREFORE, Plaintiff prays that the Court:

A. Enter an award for Plaintiff and the members of the Class for the minimum and overtime wages owed to them during the course of their employment with Defendants with interest as permitted by the FLSA.

B. Enter award for liquidated damages with interest as permitted by FLSA.

C. Enter order awarding Plaintiff and the members of the Class all reasonable attorney fees and expenses incurred in pursuing this claim as permitted by FLSA.

D. Enter an award for such other relief as may be just and appropriate.

Respectfully submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49

### IV. Jury Demand

39. Plaintiff incorporates paragraphs 1 through 38 by reference herein.

40. Plaintiff demands a trial by jury.

Respectfully submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49
Proposed Collective Action Counsel

Weldy Law
198 South 9th Street
Noblesville, IN 46060
Tel: (317) 842-6600 / E-mail: rweldy@weldylegal.com