IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SAMANTHA ADAMS on Behalf of Herself and All Others Similarly Situated, | ) ) ) | Collective Action |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CAUSE NO. 1:18-cv-1842 JPH-MPB |
| USA HALLOWEEN PLANET, INC., TODD DENNING and TIM LEE, | ) ) ) | |
| Defendants. | ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, Samantha Adams ("Plaintiff"), and Defendants, USA Halloween Planet, LLC, Todd Denning and Tim Lee ("Defendants"), respectfully file this joint stipulation of dismissal of Plaintiff's Complaint, with prejudice, each party bearing its own fees and costs.

Respectfully submitted this 28th day of January, 2019.

| | |
|---|---|
| WELDY LAW | SPAHR LAW OFFICE, LLC |
| Counsel for Samantha Adams | Counsel for Defendants |
| | |
| */s/* Ronald E. Weldy | /s/ Ryan M. Spahr |
| Ronald E. Weldy | Ryan M. Spahr (30867-02) |
| WELDY LAW | Spahr Law Office, LLC |
| 8383 Craig Street | 6500 Westfield Boulevard |
| Suite 330 | Indianapolis, IN 46220 |
| Indianapolis, IN 46250 | Phone: (317) 475-4524 |
| Phone: (317) 842-6600 | Fax: (317) 259-1234 |
| Fax:(317) 288-4013 | Email: rspahr@broadrippleattorneys.com |
| Email: (rweldy@weldylegal.com) | |

OLSON LAW OFFICE, LLC
Counsel for Defendants

/s/ Eric J. Olson
Eric J. Olson (24050-49)
Olson Law Office, LLC
6500 Westfield Boulevard
Indianapolis, IN 46220
Phone: (317) 475-4522
Fax: (317) 259-1234
Email: ej@broadrippleattorneys.com