IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> The Court acknowledges the Stipulation of Dismissal with Prejudice, dkt. 38.
> JPH, 1/30/2019
> Distribution via ECF

| | | |
|---|---|---|
| SAMANTHA ADAMS on Behalf of Herself and All Others Similarly Situated, | ) ) ) | Collective Action |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CAUSE NO. 1:18-cv-1842 JPH-MPB |
| USA HALLOWEEN PLANET, INC., TODD DENNING and TIM LEE, | ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, Samantha Adams ("Plaintiff"), and Defendants, USA Halloween Planet, LLC, Todd Denning and Tim Lee ("Defendants"), respectfully file this joint stipulation of dismissal of Plaintiff's Complaint, with prejudice, each party bearing its own fees and costs.

Respectfully submitted this 28th day of January, 2019.

WELDY LAW
Counsel for Samantha Adams

/s/ Ronald E. Weldy
Ronald E. Weldy
WELDY LAW
8383 Craig Street
Suite 330
Indianapolis, IN 46250
Phone: (317) 842-6600
Fax:(317) 288-4013
Email: (rweldy@weldylegal.com)

SPAHR LAW OFFICE, LLC
Counsel for Defendants

/s/ Ryan M. Spahr
Ryan M. Spahr (30867-02)
Spahr Law Office, LLC
6500 Westfield Boulevard
Indianapolis, IN 46220
Phone: (317) 475-4524
Fax: (317) 259-1234
Email: rspahr@broadrippleattorneys.com